# In the United States Court of Federal Claims

No. 16-277T

(Filed: September 8, 2016)

```
*******************************  *
                                 *
                                 *
QUEST DIAGNOSTICS INCORPORATED,  *
                                 *
                                 *
              Plaintiff,         *
                                 *
 v.                              *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
*******************************  *
```

## SCHEDULING ORDER

      The parties in this action filed a joint preliminary status report on August 19, 2016, proposing a factual discovery schedule. Counsel for the parties report that initial disclosures were exchanged on September 2, 2016. As discussed with counsel at the preliminary scheduling conference earlier today, factual discovery will conclude by September 1, 2017.

      In addition, as discussed with counsel for the parties, the Court will hold two telephonic status conferences. The first telephonic status conference will be held on Tuesday, March 7, 2017 at 10:00 AM. The second telephonic status conference will be held on Wednesday, September 6, 2017 at 10:00 AM.

      IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge
