# In the United States Court of Federal Claims

No. 16-277T

(Filed: July 3, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUEST DIAGNOSTICS INCORPORATED,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On June 30, 2017, the parties filed a joint motion to extend fact discovery in order to facilitate settlement discussions and further depositions if settlement discussions fail. For good cause shown, the motion is GRANTED. The parties may conduct fact discovery until November 17, 2017. The telephonic status conference scheduled for Wednesday, September 6, 2017 at 10:00 AM will remain in effect.

    IT IS SO ORDERED.

                                            s/ Thomas C. Wheeler  
                                            THOMAS C. WHEELER  
                                            Judge